Wendy M. Krincek, Esq.
Nevada Bar No. 6417
LITTLER MENDELSON, P.C.
8474 Rozita Lee Ave
Suite 200
Las Vegas, Nevada 89113.4770
Telephone:    702.862.8800
Facsimile:    702.862.8811
wkrincek@littler.com

Dominika Batten, Esq.
Nevada Bar No. 12258
LITTLER MENDELSON, P.C.
200 S. Virginia St, 8th Floor
Reno, Nevada 89501.1944
Telephone:    775.348.4888
Facsimile:    775.786.0127
dbatten@littler.com

Attorneys for Defendant
KEN'S FOODS, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CLAUDIA ELAINE GUILLEN,<br><br>    Plaintiff,<br><br>    v.<br><br>KEN'S FOODS, LLC., ROE Business Organizations 1-50; and DOE INDIVIDUALS 1-50, inclusive,<br><br>    Defendants. | Case No. 2:25-cv-00632-JAD-MDC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff Claudia Elaine Guillen and Defendant Ken's Foods, LLC hereby agree and stipulate and stipulate to extend the time for Defendant to file a response to the Amended Complaint from the current deadline of October 2, 2025, up to and including **October 20, 2025.**

This is the first request for an extension of time to respond to the Amended Complaint.

LITTLER MENDELSON, P.C.
8474 Rozita Lee Ave
Suite 200
Las Vegas, Nevada
89113.4770
702.862.8800

The requested extension is necessary in light of the fact the counsel is still investigating the factual allegations in the Amended Complaint.

This stipulation is made in good faith and not for the purpose of delay.

| Dated: September 29, 2025 | Dated: September 29, 2025 |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| /s/ Theresa Santos | /s/ Dominika J. Batten |
| Theresa Santos, Esq.<br>SANTOS LAW, PLLC<br><br>Attorneys for Plaintiff<br>CLAUDIA ELAINE GUILLEN | Wendy M. Krincek, Esq.<br>Dominika J. Batten, Esq.<br>LITTLER MENDELSON, P.C.<br><br>Attorney for Defendant<br>KEN'S FOODS, LLC |

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 10-1-25

4899-8590-9868