Cory A. Santos, Sr., Esq.
Nevada State Bar No. 8247
Cory@santoslawoffices.com
Theresa M. Santos, Esq.
Nevada State Bar No. 9448
Tsantos@santoslaw.pro
SANTOS LAW, PLLC.
241 Ridge St., Ste. 340
Reno, NV 89501
Office: (775) 420-5222; Fax: (702) 456-5130

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CLAUDIA E. GUILLEN,<br><br>                Plaintiff,<br><br>vs.<br><br>KEN FOODS, INC.,<br><br>                Defendant. | Case No.: 2:25-cv-00632-JAD-MDC<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S PARTIAL MOTION TO DISMISS**<br><br>**[FIRST REQUEST]** |

      Plaintiff Claudia Elaine Guillen and Defendant Ken's Foods, LLC hereby agree and stipulate to extend the time for Defendant to file an opposition to Defendant's Partial Motion to Dismiss from the current deadline of November 3, 2025 up to and including November 12, 2025.

///

///

///

///

///

///

///

This is the first request for an extension of time to respond to the Motion to Dismiss. The requested extension is necessary as Plaintiff is attempting to cure the issues raised by Defendant in the subject Motion to Dismiss, thereby avoiding a hearing on this matter.

Dated: October 30, 2025

Respectfully submitted,

/s/ Theresa M. Santos
_____
Theresa M. Santos, Esq.
SANTOS LAW, PLLC

Attorneys for Plaintiff
CLAUDIA ELAINE GUILLEN

Dated: October 30, 2025

Respectfully submitted,

/s/ Wendy M. Krincek
_____
Wendy M. Krincek, Esq.
Dominika J. Batten, Esq.
LITTLER MENDELSON, P.C.

Attorney for Defendant
KEN'S FOODS, LLC.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated:  11/3/2025

SANTOS LAW, PLLC.
241 Ridge Street, Suite 340, Reno, Nevada 89501
Telephone: (775) 420-5222   Fax No.: (775) 448-6004

2