Cory A. Santos, Sr., Esq.
Nevada State Bar No. 8247
Cory@santoslawoffices.com
Theresa M. Santos, Esq.
Nevada State Bar No. 9448
Tsantos@santoslaw.pro
SANTOS LAW, PLLC.
241 Ridge St., Ste. 340
Reno, NV 89501
Office: (775) 420-5222; Fax: (702) 456-5130

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CLAUDIA E. GUILLEN,<br><br>                  Plaintiff<br><br>vs.<br><br>KEN'S FOODS, LLC., ROE Business Organizations 1-50; and<br>DOE INDIVIDUALS 1-50, inclusive,<br><br>                  Defendant | Case No.: 2:25-cv-00632-JAD-MDC<br><br>**STIPULATION AND ORDER ALLOWING PLAINTIFF TO FILE SECOND AMENDED COMPLAINT**<br><br>ECF Nos. 47, 51 |

**WHEREAS** on September 18, 2025, Plaintiff, CLAUDIA GUILLEN, ("Plaintiff") filed her First Amended Complaint for damages against KEN FOODS, INC., ("Defendant"), alleging interference, retaliation and discrimination with the Family Medical Leave Act, (Count 1) interference, discrimination and retaliation under the Americans Disabilities Act, (Count 2) and Retaliation under the Americans with Disabilities Act (Count 3).

**WHEREAS** Plaintiff seeks to file her Second Amended Complaint for Damages, which revises the Statement of Facts and amends the Second Cause of Action from 'Interference, Discrimination and Retaliation' to 'Discrimination'.

**WHEREAS** a copy of Plaintiff's proposed Second Amended Complaint for Damages is attached hereto as Exhibit "A".

**IT IS HEREBY STIPULATED**, by and between Plaintiff and Defendant, by and

through their respective counsel, that:

1. Plaintiff shall be granted leave to amend to file her Second Amended Complaint for Damages, a copy of which is attached hereto as Exhibit "A".

2. Defendant's responsive pleading shall be due thirty (30) days after the Second Amended Complaint for Damages is filed.

3. Defendant's Partial Motion to Dismiss Amended Complaint (ECF. No. 47) will be withdrawn or denied as moot and the motion hearing set for December 2, 2025 at 1:30 p.m. (ECF. No. 48) will be vacated.

Dated: November 12, 2025

Respectfully submitted,

*/s/ Theresa M. Santos*
_____
Theresa M. Santos, Esq.
SANTOS LAW, PLLC

Attorneys for Plaintiff
CLAUDIA ELAINE GUILLEN

Dated: November 12, 2025

Respectfully submitted,

*/s/ Wendy M. Krincek*
_____
Wendy M. Krincek, Esq.
Dominika J. Batten, Esq.
LITTLER MENDELSON, P.C.

Attorney for Defendant
KEN'S FOODS, LLC.

**ORDER**

Based on the parties' stipulation [51] and good cause appearing, IT IS SO ORDERED. The motion to dismiss **[47] is DENIED** as moot, and **the hearing** on that motion scheduled for December 2, 2025, **is VACATED.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 13, 2025