Cory A. Santos, Sr., Esq.
Nevada State Bar No.  8247
Cory@santoslawoffices.com
Theresa M. Santos, Esq.
Nevada State Bar No. 9448
Tsantos@santoslaw.pro
SANTOS LAW, PLLC.
241 Ridge St., Ste. 340
Reno, NV 89501
Office: (775) 420-5222; Fax: (702) 456-5130

SANTOS LAW, PLLC.
241 Ridge Street, Suite 340, Reno, Nevada 89501
Telephone: (775) 420-5222   Fax No.: (775) 448-6004

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

CLAUDIA E. GUILLEN,

     Plaintiff,

  vs.

KEN'S FOODS, LLC., ROE Business Organizations 1-50; and
DOE INDIVIDUALS 1-50, inclusive,

     Defendant.

Case No.: 2:25-cv-00632-JAD-MDC

**STIPULATION AND [PROPOSED] ORDER TO SCHEDULE AN EARLY NEUTRAL EVALUATION**

**WHEREAS** Plaintiff, CLAUDIA GUILLEN, ("Plaintiff") originally filed her action on April 8, 2025 in forma pauperis.  (ECF. No. 2-1)

**WHEREAS** Plaintiff eventually retained counsel and, on November 14, 2025, filed her Second Amended Complaint for damages against KEN FOODS, INC., ("Defendant"), alleging interference, retaliation and discrimination with the Family Medical Leave Act, (Count 1) discrimination under the Americans Disabilities Act, (Count 2) and Retaliation under the Americans with Disabilities Act (Count 3). (ECF. No. 53).

**WHEREAS** pursuant to Local Rule 16-6, this matter must undergo an early neutral evaluation because it is an employment-discrimination action.

**WHEREAS** a Discovery Plan and Scheduling Order have been entered in this matter (ECF. No. 56) but an Early Neutral Evaluation has never occurred on this matter, nor is one

calendared.

**IT IS HEREBY STIPULATED**, by and between Plaintiff and Defendant, by and through their respective counsel, that:

An Early Neutral Evaluation be scheduled for this matter at the Court's earliest convenience.

Dated: February 25, 2026                                    Dated: February 25, 2026

Respectfully submitted,                                     Respectfully submitted,

*/s/ Theresa M. Santos*                                      */s/ Dominika J. Batten*

_____                                    _____
Theresa M. Santos, Esq.                                     Wendy M. Krincek, Esq.
SANTOS LAW, PLLC                                            Dominika J. Batten, Esq.
                                                           LITTLER MENDELSON, P.C.

Attorneys for Plaintiff                                     Attorney for Defendant
CLAUDIA ELAINE GUILLEN                                      KEN'S FOODS, LLC.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: _____3-2-26_____

**SANTOS LAW, PLLC.**
241 Ridge Street, Suite 340, Reno, Nevada 89501
Telephone: (775) 420-5222   Fax No.: (775) 448-6004
