Wendy M. Krincek, Esq.
Nevada Bar No. 6417
LITTLER MENDELSON, P.C.
8474 Rozita Lee Ave
Suite 200
Las Vegas, Nevada 89113.4770
Telephone: 702.862.8800
Facsimile: 702.862.8811
wkrincek@littler.com

Attorneys for Defendant
KEN'S FOODS, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CLAUDIA ELAINE GUILLEN,<br><br>Plaintiff,<br><br>v.<br><br>KEN'S FOODS, LLC., ROE Business Organizations 1-50; and DOE INDIVIDUALS 1-50, inclusive,<br><br>Defendant. | Case No. 2:25-cv-00632-JAD-MDC<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>ECF No. 67 |

Plaintiff, CLAUDIA ELAINE GUILLEN("Plaintiff"), and Defendant KEN'S FOODS, LLC ("Defendant") (collectively herein the "Parties"), hereby stipulate and agree to the dismissal of this action in its entirety, including all claims and causes of action, with prejudice.

The Parties agree that no Party to this Stipulation shall be deemed to be a prevailing party in this action and that no Party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available for the claims dismissed by this Stipulation.

/ / /

/ / /

Each Party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

| | |
|---|---|
| Dated: July 29, 2026 | Dated: July 29, 2026 |
| Respectfully submitted, | Respectfully submitted, |
| */s/ Theresa Santos* | */s/ Wendy M. Krincek* |
| Theresa Santos, Esq.<br>SANTOS LAW, PLLC | Wendy M. Krincek, Esq.<br>LITTLER MENDELSON, P.C. |
| Attorneys for Plaintiff<br>CLAUDIA ELAINE GUILLEN | Attorney for Defendant<br>KEN'S FOODS, LLC |

**ORDER**

Based on the parties' stipulation [ECF No. 67] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

U.S. District Judge Jennifer A. Dorsey
Dated: July 29, 2026



LITTLER MENDELSON, P.C.
8474 Rozita Lee Ave
Suite 200
Las Vegas, Nevada
89113.4770
702.862.8800